FILED: October 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1753
(A048-029-730)
_____

UPINDERJIT SINGH

      Petitioner

v.

LORETTA E. LYNCH, U.S. Attorney General

      Respondent

_____

O R D E R
_____

Upon consideration of the unopposed motion for abeyance filed on 10/03/2016, the court denies the motion as moot. The court granted the same relief as requested in the present motion by order dated 09/20/2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk